IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAYTHINA B. JENKINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ADAMS MARK HOTEL | : | NO. 02-CV-4761 |

### ORDER

**AND NOW**, this      day of July, 2002, upon consideration of plaintiff's motion to proceed *in forma pauperis*, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**.

The United States Marshal for the Eastern District of Pennsylvania shall serve the complaint and summons on all defendants.

BY THE COURT:

_____
Berle M. Schiller, J.