IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAYTHIA JENKINS, | ) |
|       Plaintiff, | ) |
|   v. | )   Civ. Action No. 02-CV-04761-BMS |
| ADAMS MARK HOTEL, | ) |
|       Defendant. | ) |

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter our appearance on behalf of Defendant Adam's Mark Hotel in the above-captioned matter.

DUANE MORRIS LLP

BY: _____
Teresa N. Cavenagh
Attorney I.D. No. 43845
Stephen A. Mallozzi
Attorney I.D. No. 80060
One Liberty Place
Philadelphia, PA 19103

(215) 979-1808/1815

PH2\672985.1