## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Berle M. Schiller**　　　　　　　　　　　　　　　　5614 United States Courthouse
　　JUDGE　　　　　　　　　　　　　　　　　　　　　　Independence Mall West
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19106

　　　　　　　　　　　　　　　　　　　　　　　　　　　267-299-7620

October 15, 2002

Re:　***Paythina B. Jenkins v. Adams Mark Hotel***
　　　**Docket No. 02-cv-4761**

Dear Counsel:

　　Judge Schiller has cancelled the above-referenced case for a **Rule 16 conference** for **Wednesday, October 16, 2002 at 2:30 P.M.** in his chambers, **Room 5614**. It will be rescheduled at a later date.

　　　　　　　　　　　　　　　　　　　　Very truly yours,


　　　　　　　　　　　　　　　　　　　　Patricia A. Callahan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　Hon. Berle M. Schiller
　　　　　　　　　　　　　　　　　　　　(267)299-7621